**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00066-CR**
_____

**ETHAN THOMAS BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. 21DC-CR-00521**

**ORDER**

The trial court appointed Michelle Mangum-Merendino to represent appellant Ethan Thomas Brown on appeal. The reporter's record was filed on March 24, 2022, and the clerk's record was filed on April 21, 2022. On July 26, 2022, the Court granted a third extension of time to file the brief, noting that the extension was a "final extension", and we warned appellant's court-appointed attorney, Michelle Mangum-Merendino, that unless we received the brief by August 22, 2022, we would order the trial court to conduct a hearing to determine why no brief has been

1

filed. Although the brief of the appellant was due to be filed by August 22, 2022, the brief has not been filed.

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present. *See* Tex. R. App. P. 38.8(b)(3). We direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed and whether good cause exists for appointed counsel, Michelle Mangum-Merendino, to be relieved of her duties as appellate counsel and replaced by substitute counsel. *See* Tex. Code Crim. Proc. Ann. art. 26.04(j)(2). If the trial court determines that good cause exists to relieve appointed counsel of her duties, we direct the trial court to appoint substitute counsel.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before September 28, 2022.

ORDER ENTERED August 29, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.

2